RENEE KAY, n/k/a RENEE MARSH, Plaintiff-Appellee, *v.* GERALD KAY, Defendant-Appellant.

(Nos. 54064, 56419 cons.;

First District (3rd Division)—September 5, 1974.

*Rehearing denied October 15, 1974.*

Gerald Kay, *pro se.*

No brief for appellee.